RECEIVED
IN LAKE CHARLES, LA
MAY 06 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY WHITE | : | DOCKET NO. 2:08-cv-1122<br>SECTION P |
| VS. | : | JUDGE TRIMBLE |
| MAJOR RAGLE, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's Motion for Preliminary Injunction and Request for Counsel [doc. 21] be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 6th day of May, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE